*State, Respondent, v. B.J.C., Petitioner*, No. 92214-4. Petition for review of a decision of the Court of Appeals, No. 45833-1-II, August 25, 2015, 189 Wn. App. 1043. *Denied* February 10, 2016.

*State, Respondent, v. Watters, Petitioner*, No. 92217-9. Petition for review of a decision of the Court of Appeals, No. 71304-3-I, June 8, 2015, 188 Wn. App. 1007. *Denied* February 10, 2016.

*Krawiec, Petitioner, v. Dep't of Labor & Indus. et al., Respondents*, No. 92218-7. Petition for review of a decision of the Court of Appeals, No. 45776-8-II, May 12, 2015, 189 Wn. App. 234. *Denied* February 10, 2016.

*Block, Petitioner, v. City of Gold Bar, Respondent*, No. 92220-9. Petition for review of a decision of the Court of Appeals, No. 71425-2-I, June 22, 2015, 189 Wn. App. 262. *Denied* February 10, 2016.

*State, Respondent, v. Pua, Petitioner*, No. 92224-1. Petition for review of a decision of the Court of Appeals, No. 71622-1-I, July 27, 2015, 189 Wn. App. 1005. *Denied* February 10, 2016.

*State, Respondent, v. Perez Gutierrez, Petitioner*, No. 92228-4. Petition for review of a decision of the Court of Appeals, No. 45487-4-II, August 4, 2015, 189 Wn. App. 1020. *Denied* February 10, 2016.

*Osborne, Petitioner, v. Dep't of Revenue, Respondent*, No. 92231-4. Petition for review of a decision of the Court of Appeals, No. 44766-5-II, August 11, 2015, 189 Wn. App. 1029. *Denied* February 10, 2016.

*State, Respondent, v. Chith, Petitioner*, No. 92240-3. Petition for review of a decision of the Court of Appeals, No. 33002-8-III, July 9, 2015, 188 Wn. App. 1047. *Denied* February 10, 2016.